UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Victor Darnell Berry         Docket No. 5:20-CR-259-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Victor Darnell Berry, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 27th day of July, 2020.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 26, 2021, the defendant tested positive for marijuana. On February 1, 2021, laboratory confirmation results were received. The defendant admitted that he has been using CBD products sporadically over the past few months.

**PRAYING THAT THE COURT WILL ORDER**

The defendant has maintained compliance thus far on pretrial supervision. He has maintained part-time employment and compliance to his Location Monitoring. In August of 2020, he was assessed for substance abuse concerns. The results of that assessment indicated that no treatment was needed. In light of the current positive, he will be reassessed. He will be entered into the Surprise Urinalysis Program so that his drug use can be monitored closely. The defendant has been directed to cease all use of CBD. As this appears to be an isolated event, it is respectfully recommended that no formal court action be taken at this time and the defendant continue pretrial supervision under the previously imposed conditions. Any further non-compliance will be report to the court.

Reviewed and approved,                I declare under penalty of perjury that the foregoing
                                       is true and correct.

/s/ Maurice J. Foy                     /s/ Taylor R. O'Neil
Maurice J. Foy                         Taylor R. O'Neil
Supervising U.S. Probation Officer     U.S. Probation Officer
                                       310 New Bern Avenue, Room 610
                                       Raleigh, NC 27601-1441
                                       Phone: 919-861-8698
                                       Executed On: February 8, 2021

### ORDER OF THE COURT

Considered and ordered on February 9, 2021. It is further ordered that this document shall be filed and made a part of the records in the above case.

Robert T. Numbers, II
United States Magistrate Judge