IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-259-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VICTOR DARNELL BERRY, | ) | |
| | ) | |
| Defendant. | ) | |

As explained in open court, the court DENIES defendant's motion to suppress [D.E. 29].

SO ORDERED. This **22** day of June 2021.

JAMES C. DEVER III
United States District Judge