UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:20-CR-259-1D



**UNITED STATES OF AMERICA**

vs.   ORDER

**VICTOR DARNELL BERRY**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on <u>March 21, 2022</u> be turned over to <u>Special Agent Regina Corcoran, ATF/TFO</u> to be retained in her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 1 | Springfield Armory XD-S-9 9 mm Handgun |

This 21st day of March, 2022.

_____
JAMES C. DEVER III,
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____